IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

STEVE A. HANSON  
PATRICIA A. HANSON  
    DEBTORS.

Case No.: 19-12741

## STIPULATION OF CLAIM TREATMENT

THIS MATTER comes on before the Court due to the treatment of the claim of U.S. Bank Trust National Association, as Trustee of the Cabana Series III Trust (Claimant) as set forth in the Plan (Doc. 2) at 5(C)(2)(b) and as confirmed by the Court (Doc. 12). The parties have reached an agreement as to the Stipulation which is outlined below, and which the Court hereby adopts.

The parties stipulate and agree to the following.

1. The Plan states at 5(C)(2)(b) that "[t]he valuation of real estate requires the filing of a motion to determine value and the entry of a separate Court Order before any proposed secured value of real estate stated below may be approved".
2. That no Motion has been filed.
3. That 11 U.S.C. §1322(b)(2) prohibits modifying the rights of holders of secured claims in debtor's principal residence.
4. That the property that is the subject of the claim of Claimant is debtors' principal residence.
5. That Claimant has filed its Proof of Claim (No. 2).
6. That the inclusion of any financial figures in the Plan at 5(C)(2)(b) was not a "cramdown" nor was it intended as such nor as a valuation of the property, but was merely intended to reflect an estimate of the total debt claim or arrearage claim of Claimant.
7. That Claim No. 2 will be paid according to the claim unless objected to and/or otherwise Ordered by this Court.

**AGREED TO:**


*s/ James E. Palinkas*
James E. Palinkas, OBA #15037
320 N. Broadway
Shawnee, OK 74801
Ph: (405) 275-0216
 Fax: (405) 275-0286
jim@jepalinkas.com
***ATTORNEY FOR DEBTORS***


*s/ Matthew J. Hudspeth*
Matthew J. Hudspeth, OBA #14613
Baer & Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73112
Ph: (405) 842-7722
Fax: (918) 794-2768
Mhudspeth@baer-timberlake.com
***ATTORNEY FOR CREDITOR***